```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/30/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SUN, A SERIES OF E SQUARED INVESTMENT FUND, LLC, ET AL.,**

                **Plaintiffs,**

-against-

**SUNDIAL GROWERS INC. ET AL.,**

                **Defendants.**

**20-CV-3579 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' pre-motion conference letters in connection with Defendants' motion to dismiss. ECF Nos. 18-19. Upon review of the submissions, Defendant's request for a pre-motion conference is DENIED. Plaintiff is hereby GRANTED leave to file an amended complaint by no later than January 8, 2021. The parties are hereby directed to submit a joint status report by no later than January 15, 2021, including whether Defendants still plan to file a motion to dismiss and if so, a proposed briefing schedule.

**SO ORDERED.**

**Dated:**    **December 30, 2020**
           **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**