**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**SUN, A SERIES OF E SQUARED INVESTMENT**
**FUND, LLC, ET AL.,**

                Plaintiffs,              20 **CIVIL** 3579 (ALC)

      -against-                    **JUDGMENT**

**SUNDIAL GROWERS INC., ET AL.,**

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2021, Defendants' motion to dismiss Plaintiffs' complaint is **GRANTED** with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
           September 30, 2021

                                          **RUBY J. KRAJICK**
                                              Clerk of Court
                           **BY:**
                                               Deputy Clerk